**NOT FOR PUBLICATION**

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

|  |  |
|---|---|
| JESSICA LYNNE DAVIS<br><br>                                        Plaintiff,<br><br>         v.<br><br>FOUNDATION TITLE LLC, *et al.*<br><br>                                        Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 1:25-cv-17024 (KMW-EAP)<br><br>**ORDER** |

  **THIS MATTER** comes before the Court on Plaintiff's Motion to Vacate the Court's previous Orders in Case No. 24-cv-11409 (ECF No. 22) and a Motion for Supplemental Relief (ECF No. 29) against Defendants Foundation Title LLC ("Foundation Title"), Fidelity National Title Insurance Company ("Fidelity"), FDIC *in its capacity as Receiver for Republic First Bank* ("FDIC"), Cenlar FSB ("Cenlar"), New Jersey Housing and Mortgage Finance Agency ("NJHMFA"), Keller Williams Jersey Shore ("KW"), Balsley Losco Realty ("Balsley"), and Volkmann Management LLC ("Volkmann") (collectively "Defendants"). Defendants FDIC, Cenlar, NJHMFA, KW, and Fidelity opposed both motions (ECF Nos. 31, 32, 41, 51, 52, and 53).[1] Separately, Defendants filed Motions to Dismiss (ECF Nos. 27, 44, 45, 46, 47, 49, & 72). Plaintiff opposed all motions (ECF No. 54 & 74), to which Defendants replied (ECF Nos. 55, 56, 57, 58, 59, & 75). For the reasons set forth in the Opinion of even date;

  **IT IS** hereby on this ____ day of **July, 2026**, **ORDERED** as follows:

  **A.**  Plaintiff's Motion to Vacate Prior Orders (ECF No. 22) is **DENIED**.

---

[1] Plaintiff did not reply to any of Defendants' oppositions.

**B.**    Plaintiff's Motion for Supplemental Relief (ECF No. 29) is **DENIED**.

**C.**    Defendant FDIC's Motion to Dismiss (ECF No. 49) is **GRANTED**.

**D.**    The case shall be **REMANDED** to the Superior Court of New Jersey.

**E.**    All other Defendants' Motions to Dismiss (ECF Nos. 44, 45, 46, 47, & 72) are **DENIED AS MOOT**.

KAREN M. WILLIAMS
United States District Judge