**UNITED STATES DISTRICT COURT**
**FOR THE District of New Jersey [LIVE]**
**Camden, NJ**

JESSICA LYNNE DAVIS

                              Plaintiff,

v.                                     Case No.: 1:25−cv−17024−KMW−EAP

                                     Magistrate Judge Elizabeth A. Pascal

FOUNDATION TITLE LLC, et al.

                              Defendant.

Clerk, Superior Court of New Jersey
Atlantic County Courthouse
1201 Bacharach Boulevard
Atlantic City, NJ 08401

State No: ATL−L−561−24

**Dear Clerk of Court:**

    Enclosed please find a certified copy of the Order remanding the above entitled matter to your Court.

                                        Very truly yours,

                                        CLERK OF COURT
                                        By Deputy Clerk, mj

encl.
cc: All Counsel