**NOT FOR PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| JESSICA LYNNE DAVIS,<br>Plaintiff.<br>v.<br>FOUNDATION TITLE, LLC, *et al.*<br>Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 25-17024 (KMW-EAP)<br><br>**ORDER** |

**THIS MATTER** comes before the Court by way of Plaintiff Jessica Lynne Davis ("Plaintiff")'s motion to proceed *in forma pauperis* on appeal. (ECF No. 82) Pursuant to Federal Rule of Appellate Procedure 24(a)(1), this Court may grant a petitioner *in forma pauperis* status on appeal only where the petitioner shows, in the detail required by Form 4 of the Appendix of Forms, that he or she is unable to pay or give security for the fees and costs on appeal, and states the issues that he or she intends to present on appeal; and

**THE COURT NOTING** that Plaintiff properly filed a motion to proceed *in forma pauperis* with an Affidavit Accompanying Motion for Permission to Appeal in Forma Pauperis; and finding that Plaintiff has satisfied the requirements of 28 U.S.C. § 1915(a) and Fed. R. App. P. 24(a)(1).

**IT IS** this 5th day of **October, 2026** hereby,

**ORDERED** that the Clerk of Court shall **RE-OPEN** this matter for the purpose of this Order only; and it is further

**ORDERED** that Plaintiff's motion to proceed *in forma pauperis* on appeal (ECF No. 82) is **GRANTED.**

KAREN M. WILLIAMS
U.S. DISTRICT COURT JUDGE